JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| JAMIASEN DRAKE, | ) | No. CV 10-5585-JFW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| MIKE McDONALD, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: May 23, 2012

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE